ROSINA LEOGRANDE, RESPONDENT, v. SOCIETA M. S. FRATELLANZA ITALIANA, APPELLANT.

Argued October 18, 1945—Decided January 3, 1946.

For the respondent, *James J. Rose.*

For the appellant, *Louis Santorf.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Donges, Heher, Colie, Oliphant, Wells, Rafferty, Dill, Freund, McGeehan, JJ. 12.

*For reversal*—None.